# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| ANNA BOYD, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SPOKEO, INC.,<br><br>　　　　　　Defendant. | Case No. 3:21-cv-03020-SEM-TSH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Anna Boyd hereby voluntarily dismisses her claims against Defendant Spokeo, Inc. *without prejudice*.

Dated: April 8, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**NICK LARRY LAW LLC**

　　　　　　　　　　　　　　　　　　　　By:　　s/ J. Dominick Larry

　　　　　　　　　　　　　　　　　　　　J. Dominick Larry
　　　　　　　　　　　　　　　　　　　　8 S Michigan Ave, Suite 2600
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　　Tel: (773) 694-4669
　　　　　　　　　　　　　　　　　　　　Fax: (773) 694-4691
　　　　　　　　　　　　　　　　　　　　E-Mail: nick@nicklarry.law

　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**
　　　　　　　　　　　　　　　　　　　　Philip L. Fraietta
　　　　　　　　　　　　　　　　　　　　888 Seventh Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　Telephone: (646) 837-7150
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 989-9163
　　　　　　　　　　　　　　　　　　　　E-Mail: pfraietta@bursor.com

　　　　　　　　　　　	　　　　　　　　*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on April 8, 2021, he electronically filed the foregoing paper with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will provide electronic service to all counsel of record.

                                        s/ J. Dominick Larry